UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-24052-BLOOM/Otazo-Reyes

ENGELBERT GUIROLA,

      Plaintiff,

v.

MIAMI-DADE COUNTY,
YOVANI SOSA, and
SGT. RODRIGUEZ,

      Defendants.

_____/

## <u>ORDER TAXING COSTS</u>

**THIS CAUSE** is before the Court upon Defendants Yovani Sosa and Ernesto Rodriguez's ("Defendants") Bill of Costs and Verified Memorandum of Law in Support of Bill of Costs. ECF Nos. [91]-[92] (collectively "Motion for Bill of Costs" or "Motion"). Therein, Defendants seek $13,506.65 in taxable costs as the prevailing party in this case. The costs include $86.00 for service fees, $12,828.70 for printed or electronically recorded transcripts, and $591.95 for printing and copying. Plaintiff did not file a Response within the deadline to do so. *See* S.D. Fla. L.R. 7.1(c).

After a review of the materials submitted by Defendants, the Court finds that the requested costs are reasonable and recoverable. *See Powell v. The Home Depot, U.S.A., Inc.*, No. 07-CV-80435, 2010 WL 4116488, at *10 (S.D. Fla. Sept. 14, 2010) ("Under section 1920(2), costs for transcripts may be awarded regardless of whether the transcripts were for pre-trial hearings, post-trial hearings, or the trial itself."); *Suchite v. Kleppin*, No. 10-CV-21166, 2012 WL 1933555 (S.D. Fla. Mar. 23, 2012) (approving cost of service of subpoenas and photocopying). Therefore, Defendants are entitled to recover $13,506.65 in taxable costs.

Case No. 21-cv-24052-BLOOM/Otazo-Reyes

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Defendants' Motion, **ECF Nos. [91]-[92]**, is **GRANTED**.

2.  Defendants are entitled to recover $13,506.65 in taxable costs from Plaintiff Engelbert Guirola.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 17, 2023.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record